IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SCOTT EFFERSON, on behalf of himself and all similarly situated individuals,<br><br>   Plaintiff,<br><br>v.<br><br>DEXIS, LLC,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil No. 1:12-cv-00905-CAP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Scott Efferson, Casey Bennett, Ty Fortier, Christopher Gavin, Stephen Guillory, Mary Hardaway, Paul Harmeyer, Courtney Pantelis, Mitch Rice, John Robinson, David Smithson, and Kevin Wolf, and Defendant Dexis LLC, by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to dismissal of the above-styled lawsuit <u>with prejudice</u>, with all rights of appeal waived. Each party shall bear their or its own attorneys' fees and costs arising from and relating to this lawsuit. The parties further stipulate that no party is the prevailing party in this action.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Respectfully submitted this 12th day of September 2012.

SCOTT EFFERSON                          DEXIS LLC

By:  s/ Amanda A. Farahany             By: s/ Heather Havette
      Amanda A. Farahany                    Heather Havette
      Georgia Bar No. 646135                Georgia Bar No. 142080
      BARRETT & FARAHANY LLP                hhavette@seyfarth.com
      1100 Peachtree Street, NE             SEYFARTH SHAW LLP
      Suite 500                             1075 Peachtree Street, N.E.
      Atlanta, GA 30309                     Suite 2500
      (404) 214-0120                        Atlanta, Georgia 30309-3962
      (404) 214-0125 facsimile              Telephone: (404) 885-1500
                                            Facsimile: (404) 892-7056
      Counsel for Plaintiffs
                                            Counsel for Defendant